687

Eighth Circuit denied. *Mr. Charles A. Lich* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.

No. 1050. BRUKENFELD ET. AL. *v.* NEW YORK RAILWAYS CORP. ET AL. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frank E. Karelsen, Jr.,* and *Godfrey Goldmark* for petitioners. *Messrs. Thomas O'G. FitzGibbon, Boykin C. Wright, Robert T. Swaine, Edwin S. S. Sunderland,* and *Samuel C. Duberstein* for respondents.

No. 984. CONNECTICUT FIRE INSURANCE CO. *v.* OAKLEY IMPROVED BUILDING & LOAN CO. ET AL. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. Louis Kohl* for petitioner. *Messrs. Frank E. Wood, Robert S. Marx,* and *Harry Kasfir* for respondents.

No. 992. CENTRAL STATES LIFE INSURANCE CO. *v.* KOPLAR COMPANY. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George B. Logan* for petitioner. *Mr. Samuel H. Liberman* for respondent.

No. 996. HOPWOOD *v.* ABRAHAM LINCOLN LIFE INSURANCE CO. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Carrington T. Marshall* and *Curtis C.*